STATE OF NEW JERSEY v. JIMMIE LEE ALLEN.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES POLK GAINES.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE E. PATTERSON.

January 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CECIL MORRIS SCOTT.

January 14, 1975. Petition for certification denied.

ARNOLD S. GOLDMAN v. PHYLLIS GOLDMAN.

January 14, 1975. Petition for certification denied.

AARON HEINE v. MRS ALL STAR, INC.

January 14, 1975. Petition for certification denied.